UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| TRAVIS LEE ALDRIDGE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SWEETWATER POLICE<br>DEPARTMENT, et al.,<br><br>　　　　Defendants. | No. 1:24-CV-041-H-BU |

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that this case be dismissed without prejudice for failure to effect service and failure to comply with Court orders. Dkt. No. 6. No objections were filed, and the plaintiff has taken no action in this case since March 20, 2024. *See id.* at 2.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. The plaintiff's claims against the defendants are dismissed without prejudice for failure to effect service and failure to comply with Court orders.

So ordered on October 8, 2024.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JAMES WESLEY HENDRIX
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE